## James McLANE, Appellant, v. STATE of Texas, Appellee.
### No. 22434.

Court of Criminal Appeals of Texas.
March 10, 1943.

Fred Whitaker, of Carthage, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a penalty of one year in the penitentiary on a charge of failing to stop and render aid.

This is a companion case to Henry D. Mimms v. State, 169 S.W.2d 165 this day decided. The parties were jointly indicted but separately tried. The facts are in all respects substantially the same. The questions of law presented are identical.

For the reasons stated in the Mimms case, the judgment of the trial court is affirmed.

## WISER v. STATE.
### No. 22430.

Court of Criminal Appeals of Texas.
March 10, 1943.

No attorney for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

For the offense of misdemeanor theft, appellant was assessed six months in jail.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## FLATT v. STATE.
### No. 22436.

Court of Criminal Appeals of Texas.
March 10, 1943.

Wm. Yelderman, of Austin, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for felony theft, punishment assessed at two years in the penitentiary.

The indictment is in proper form. No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.